UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIDA S. VAZQUEZ, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br>　　　　　　　　　Defendants. | Case No: 3:23-cv-01950-RFL<br><br>*Judge: Rita F. Lin*<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: April 10, 2025        By: _____
                                Hon. Assigned Judge
                                Rita F. Lin
                                United States District Judge